# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

F I L E D

APR 2 8 2005

CLERK'S OFFICE
DETROIT

EIGHT MILE STYLE, LLC, and
MARTIN AFFILIATED, LLC,

    Plaintiffs,

vs.

APPLE COMPUTER, INC., TBWA/CHIAT/DAY,
MTV NETWORKS, INC., and
VIACOM INTERNATIONAL, INC.,

    Defendants.

Hon. Anna Diggs Taylor

Case No. 2:04CV70651

---

| | |
|---|---|
| Hertz, Schram & Saretsky, P.C.<br>By:   Howard Hertz (P26653)<br>        Eric A. Michaels (P57114)<br>Attorneys for Plaintiff Eight Mile Style<br>1760 S. Telegraph Rd., Ste. 300<br>Bloomfield Hills, MI 48302-0183<br>(248) 335-5000 | Jaffe, Raitt, Heuer & Weiss, P.C.<br>By: Jeffrey G. Heuer (P14925)<br>      Lawrence R. Jordan (P27169)<br>      Joseph H. Heckendorn (P66623)<br>Attorneys for Plaintiff Martin Affiliated<br>201 S. Main St., Suite 300<br>Ann Arbor, Michigan 48104<br>(734) 222-4776 |
| Davis Wright Tremaine, LLP<br>By:   Elizabeth A. McNamara<br>Attorneys for Defendant MTV Networks,<br>   a division of Viacom International Inc.<br>1740 Broadway<br>New York, New York 10019-4315<br>(212) 489-8230 | Davis & Gilbert, LLP<br>By:   Neal H. Klausner<br>Attorneys for Defendant TBWA Worldwide<br>   and Defendant Apple Computer<br>1740 Broadway<br>New York, New York 10019<br>(212) 468-4800 |

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

At a session of the United States District Court, for the Eastern District of Michigan, held in the City of Detroit, County of Wayne, State of Michigan on APR 2 8 2005

Present: Hon _____
                     U.S. District Court Judge

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs, Eight Mile Style, LLC and Martin Affiliated, LLC ("Plaintiffs") and Defendants Apple Computer Inc., TBWA Worldwide, Inc., erroneously sued as TBWA/Chiat/Day, MTV Networks, a division of Viacom International Inc., erroneously sued as MTV Networks, Inc. ("Defendants"), that the Complaint filed in the above-captioned action and any claims which have or could have been brought in the above-captioned action, should be, and hereby are, voluntarily dismissed as against all Defendants with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure; and it is

FURTHER STIPULATED AND AGREED, that the parties shall bear their own costs and expenses in this action, including attorneys' fees.

IT IS SO ORDERED: _____
United States District Court Judge

Approved as to form and substance:

HERTZ, SCHRAM & SARETSKY, P.C.

By: _____
Howard Hertz (P26653)
Attorneys for Plaintiff Eight Mile Style
1760 S. Telegraph Rd., Ste. 300
Bloomfield Hills, MI 48302-0183
(248) 335-5000

JAFFE, RAITT, HEUER & WEISS, P.C.

By: _see attached_
Lawrence R. Jordan (P27169)
Attorneys for Plaintiff Martin Affiliated
201 S. Main St., Suite 300
Ann Arbor, Michigan 48104
(34) 222-4776

DAVIS WRIGHT TREMAINE, LLP

By: _see attached_
Elizabeth A. McNamara
Attorneys for Defendant MTV Networks
a division of Viacom International Inc.
1740 Broadway
New York, New York 10019-4315
(212) 489-8230

Davis & Gilbert, LLP

By: _see attached_
Neal H. Klausner
Attorneys for Defendant TBWA Worldwide
and Defendant Apple Computer
1740 Broadway
New York, New York 10019
(212) 468-4800

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs, Eight Mile Style, LLC and Martin Affiliated, LLC ("Plaintiffs") and Defendants Apple Computer, Inc., TBWA Worldwide Inc., erroneously sued as TBWA/Chiat/Day, MTV Networks, a division of Viacom International Inc., erroneously sued as MTV Networks, Inc. ("Defendants"), that the Complaint filed in the above-captioned action and any claims which have or could have been brought in the above-captioned action, should be, and hereby are, voluntarily dismissed as against all Defendants with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure; and it is

FURTHER STIPULATED AND AGREED, that the parties shall bear their own costs and expenses in this action, including attorneys' fees.

IT IS SO ORDERED: _____
United States District Court Judge

Approved as to form and substance:

HERTZ, SCHRAM & SARETSKY, P.C.

By: _____
Howard Hertz (P26653)
Attorneys for Plaintiff Eight Mile Style
1760 S. Telegraph Rd., Ste. 300
Bloomfield Hills, MI 48302-0183
(248) 335-5000

JAFFE, RAITT, HEUER & WEISS, P.C.

By: _____
Lawrence R. Jordan (P27169)
Attorneys for Plaintiff Martin Affiliated
201 S. Main St., Suite 300
Ann Arbor, Michigan 48104
(34) 222-4776

DAVIS WRIGHT TREMAINE, LLP

By: /s/ Elizabeth A. McNamara
Elizabeth A. McNamara
Attorneys for Defendant MTV Networks
a division of Viacom International Inc.
1740 Broadway
New York, New York 10019-4315

DAVIS & GILBERT LLP

By: _____
Neal H. Klausner
Attorneys for Defendant TBWA Worldwide
and Defendant Apple Computer
1740 Broadway
New York, New York 10019

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs, Eight Mile Style, LLC and Martin Affiliated, LLC ("Plaintiffs") and Defendants Apple Computer, Inc., TBWA Worldwide Inc., erroneously sued as TBWA/Chiat/Day, MTV Networks, a division of Viacom International Inc., erroneously sued as MTV Networks, Inc. ("Defendants"), that the Complaint filed in the above-captioned action and any claims which have or could have been brought in the above-captioned action, should be, and hereby are, voluntarily dismissed as against all Defendants with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure; and it is

FURTHER STIPULATED AND AGREED, that the parties shall bear their own costs and expenses in this action, including attorneys' fees.

IT IS SO ORDERED: _____
United States District Court Judge

Approved as to form and substance:

HERTZ, SCHRAM & SARETSKY, P.C.        JAFFE, RAITT, HEUER & WEISS, P.C.

By: _____            By: _____
Howard Hertz (P26653)                      Lawrence R. Jordan (P27169)
Attorneys for Plaintiff Eight Mile Style    Attorneys for Plaintiff Martin Affiliated
1760 S. Telegraph Rd., Ste. 300            201 S. Main St., Suite 300
Bloomfield Hills, MI 48302-0183            Ann Arbor, Michigan 48104
(248) 335-5000                             (34) 222-4776


DAVIS WRIGHT TREMAINE, LLP            DAVIS & GILBERT LLP

By: /s/ Elizabeth A. McNamara         By: _____
Elizabeth A. McNamara                      Neal H. Klausner
Attorneys for Defendant MTV Networks       Attorneys for Defendant TBWA Worldwide
  a division of Viacom International Inc.    and Defendant Apple Computer
1740 Broadway                              1740 Broadway
New York, New York 10019-4315              New York, New York 10019

Defendants Apple Computer, Inc., TBWA Worldwide Inc., erroneously sued as TBWA/Chiat/Day, MTV Networks, a division of Viacom International Inc., erroneously sued as MTV Networks, Inc. ("Defendants"), that the Complaint filed in the above-captioned action and any claims which have or could have been brought in the above-captioned action, should be, and hereby are, voluntarily dismissed as against all Defendants with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure; and it is

FURTHER STIPULATED AND AGREED, that the parties shall bear their own costs and expenses in this action, including attorneys' fees.

IT IS SO ORDERED: _____
United States District Court Judge

Approved as to form and substance:

HERTZ, SCHRAM & SARETSKY, P.C.

By: _____
Howard Hertz (P26653)
Attorneys for Plaintiff Eight Mile Style
1760 S. Telegraph Rd., Ste. 300
Bloomfield Hills, MI 48302-0183
(248) 335-5000

JAFFE, RAITT, HEUER & WEISS, P.C.

By: _____
Lawrence R. Jordan (P27169)
Attorneys for Plaintiff Martin Affiliated
201 S. Main St., Suite 300
Ann Arbor, Michigan 48104
(34) 222-4776

DAVIS WRIGHT TREMAINE, LLP

By: _____
Elizabeth A. McNamara
Attorneys for Defendant MTV Networks
a division of Viacom International Inc.
1740 Broadway
New York, New York 10019-4315
(212) 489-8230

DAVIS & GILBERT LLP

By: _____
Neal H. Klausner
Attorneys for Defendant TBWA Worldwide
and Defendant Apple Computer
1740 Broadway
New York, New York 10019
(212) 468-4800